**Exhibit A to the Complaint**

**Location:** Highlands Ranch, CO  **IP Address:** 67.162.141.86
**Total Works Infringed:** 177  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 57D6D4D7587F1D30FCD7A307B6BEEE8360063745<br>File Hash:<br>11FBF632034E66EA5BF569C56C1C58B364389DC971DA190071378080872C6205 | 05-09-2023<br>20:30:20 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 2 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash:<br>57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 04-28-2023<br>21:29:38 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 3 | Info Hash: F798ECB4BE5EF77124A601B5AFE4CEB52656385F<br>File Hash:<br>F07745AC93B75FE238EA6D956117CAC807E41B89EE3FC4B11D9907F227FBFA04 | 04-28-2023<br>21:19:39 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 4 | Info Hash: E8B837C74A5ED26B9EA5C550E4824D2F549AF32B<br>File Hash:<br>310C061426C2D36F3057E7CCFD6B85D21746F57D96E1E25B4841D0B307E22491 | 04-25-2023<br>21:15:14 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 5 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash:<br>15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04-25-2023<br>21:07:59 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 6 | Info Hash: B40193B63CBE2FBA436FD4A07CFF20D9A84FDC0F<br>File Hash:<br>FA7084749F733A1576F39D0879A5FEA24E306BD952932F2F73C66B0739C92C92 | 04-24-2023<br>22:31:12 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 7 | Info Hash: F37A59D2C8800474287D6D093A9EA31456C8DDB9<br>File Hash:<br>7304BF5EFCDA0F9C7D3F8D50E862F127E28725828EAB12DD3F037F6408538AFA | 04-22-2023<br>18:39:12 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 8 | Info Hash: 1CA356C271593423890F4CC4213ADBF39FAFA83B<br>File Hash:<br>8A4C9F1323FD4D5948FDFC807A65567D40255818775186C8FCDEC5D70D672B89 | 04-21-2023<br>21:22:54 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |
| 9 | Info Hash: 9E3D2DB609C7AE1370FB2CAB8E663D40F975426A<br>File Hash:<br>762AB6DC5E71CBFA5019AC7ECB95A59F7C5AAB082D15DD990DE8A8BD17EDAA67 | 04-19-2023<br>22:40:14 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 10 | Info Hash: 55DA38A5CB515EB15AB6780F93371C584857E6A3<br>File Hash:<br>C0968ECD2F1A87EC5D295EAB18ACF6C0D09791BC8BC38F600FDBD1692755D393 | 04-17-2023<br>22:37:12 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 11 | Info Hash: 194C9D130307263E32933200A3EEBAA5DC4B8439<br>File Hash:<br>D60C4EA58EEBB3006A654BA9F79090361F7F1C7FE9498BAEEF485CF9A715F66B | 04-08-2023<br>21:37:33 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D211DF767C106435C1C25BF1A861F9825BDEAFCA<br>File Hash: 23AFFD796F09E1DB83F9344D84A8D56C66BBD3502A39A92C58F662BA640D533A | 03-30-2023 20:45:40 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 13 | Info Hash: 8D962120491072294A52B3404978E9C04BCB6D1A<br>File Hash: A383470B0BC05816156475C8E296BCB6FBADE3F879BD92FF6B9E5A0BBE4D6049 | 03-27-2023 21:40:04 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 14 | Info Hash: B0A72F71419EABC9E8980278BE2DC222A7459AA1<br>File Hash: 67EA21B19511A5BCF2369F98880E5115028D0975AB2D564AA6B5359007C5FBE0 | 03-24-2023 21:57:52 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 15 | Info Hash: 9EFFEC87F8FE40616A0CF6BF6102E4F7D24B1E59<br>File Hash: B28B4D290C2AE2063774D857FA4CBCBB24C229CA28A64985EF34D68BFCD431A0 | 03-20-2023 23:08:51 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 16 | Info Hash: 43EED9CE8E5D6617A4583D8D2CBFC70C077744CD<br>File Hash: 575ABAA65CDDDCEB4338CA4315340EB9779E202370B4B726C38F5AB8924F3233 | 03-13-2023 22:36:34 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 17 | Info Hash: 5C7116EE8364B645E49E0F839CF5DC11B95851EC<br>File Hash: 546FDC56ACBDA55E89C48FB82BAAA33ACF575C58737AEE815DE3EB98121571BE | 03-10-2023 22:56:04 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 18 | Info Hash: 4D37D76D332225E544B23989AC59C6AC607B7F40<br>File Hash: FAD87EC185813CE4259F9F44D99D806F2E8F02BAEEFCA5279189ED3517D9FF2C | 03-05-2023 23:05:55 | Vixen | 02-03-2018 | 02-20-2018 | PA0002104152 |
| 19 | Info Hash: 4C48F6637F5FD5E0BE4C1FBE4CA7F4F65949CE7D<br>File Hash: 4973989C129F6BB002C9E5E90BDCD6E98FC24504D41C1A523E1AC8854AD9D3ED | 02-24-2023 23:25:02 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 20 | Info Hash: 446E18E660D60CB746E915AABCFACF6779CA4AE9<br>File Hash: 04F43D178C083576BDA5AB90282E1D1566773238C66E6F25F49B70913D5082EC | 02-24-2023 00:47:22 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 21 | Info Hash: 079C7D5D1B6DBDDD0CC0A49693FAC495CDC6DEC3<br>File Hash: 8678681CF52070AA3C4CCD7DB4BEFCEF4A37F1E9DF223EECA98BD3B0DDBAB1FC | 02-24-2023 00:42:59 | Slayed | 09-06-2022 | 09-22-2022 | PA0002378458 |
| 22 | Info Hash: CCD4B51F75B205DC16836BFB3AB20AA7A5161CB5<br>File Hash: 8C8E59489F9FF1B1D82DC48A771844A840D2217F2AA28EE8B71E1180A7ABB915 | 02-10-2023 23:44:18 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 23 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash: 72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 02-09-2023 23:17:39 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash: 5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 02-09-2023 23:11:38 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 25 | Info Hash: 61ADBADB12DAD4C73B7AAEE200F333410CFF0646<br>File Hash: CF8C809825DC57F851B3F4A2091CBFD4BDFF97D0B0FD113E44386780B6BADE72 | 02-04-2023 23:18:42 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 26 | Info Hash: 98637BC929C57772C85F3F1EFDF1AB3B6D91489A<br>File Hash: 65D701372E05609BDB1A44C216DF869336C4B724B51ABF3575FFA5DF4F072370 | 01-30-2023 23:42:07 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 27 | Info Hash: F45F676FD4327FE0857ACCB13862E751D9CEA65E<br>File Hash: 63DB7FD185D6B89791ADF777A9AD27A38CFE698E88AF5205AC2EE2C3D10BBF2E | 01-27-2023 23:43:41 | Vixen | 01-27-2023 | 04-13-2023 | PA0002406898 |
| 28 | Info Hash: 0BC27B470E33E6B97166ADC6BC74650A0C72AC6A<br>File Hash: 7CB3D172D6CC0922236F5DB5BA2336D4DCC99A13CCAE90E9A54C3C5B25082AB1 | 01-25-2023 00:56:22 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 29 | Info Hash: 6AF4F17AD9DC19F64DE641CBE672D9C7CD699D8E<br>File Hash: 985A44BBBDDAAF38195EA059D5BA0757A510E4231200FF28BD37B8EAAEF53EF4 | 01-19-2023 00:10:41 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 30 | Info Hash: BC7EB7895A49E227BFC10CF1ACA2C7A4A82BF030<br>File Hash: 901C3E8756B93139BEB275455DFF0FCABC118DDBD490E3629F87C0B0F1D47358 | 01-09-2023 23:56:56 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 31 | Info Hash: 3866F44DF6C220FE3204A55869D83229DCF19EAD<br>File Hash: DE08D6299492E21A6C751752236837619888102A826FDFBFD4E8D16A5E9640E4 | 01-02-2023 20:25:28 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 32 | Info Hash: 8BEA713FCD434D6FD898D12C710C573339D81203<br>File Hash: 9B32378A9069940CA62371EF0D3207BB33C59DBEDBAD1ECF86DD0C58E07D05D5 | 12-31-2022 21:23:43 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 33 | Info Hash: CFF1AB871E6A359BE3E60A2CC933947745B69450<br>File Hash: DB64F1B77AFEB04F804ED448019E8D62B9291F8ED86539C372EB4342466E2978 | 12-16-2022 23:10:45 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 34 | Info Hash: 5582D8CFB1D71E6916B0A97394B6FDBFB366FC85<br>File Hash: D7E29EBBA5C65F935EE13DDD712C95B0B7705C2F81C2F77AE433F65DA7763E5F | 12-16-2022 21:52:05 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 35 | Info Hash: 80CB2B0DCD3394D87C814FB88020C2B24E12F1BE<br>File Hash: 8A0642DFA38340A11F866EA85FB87B1FF2C9CDEB034D506875095943584B4F2B | 12-16-2022 21:48:42 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 580E5F377A9B21CE08E2D9838137776B28D9701F<br>File Hash: 0B2FBEF512B6EB27306D790E5A2AFF94249B81068695BFD92C70456AD5C0DDAB | 12-11-2022 23:08:01 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 37 | Info Hash: EB9649DDA2323288F92ED22A89ACEC80BE7FB8C9<br>File Hash: B1FDD4D0D94D03816A948DAD236518FB29C3D0CCD12460AFC8C008B79DB0F948 | 12-11-2022 23:05:54 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 38 | Info Hash: C85F9A2315C8FF08323733B769C71EBF2A75BE16<br>File Hash: 27C0D935F50F272D3118133E0CE1E1CD924C65F04E12401574522593637E40AF | 12-01-2022 22:10:51 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 39 | Info Hash: 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash: 6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 11-25-2022 00:51:40 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 40 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash: 3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 11-15-2022 00:34:31 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 41 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-22-2022 18:46:23 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 42 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash: 39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 10-15-2022 18:16:53 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 43 | Info Hash: 1728CB5F8700CB059FF02BBFCEB8884985F57CD7<br>File Hash: 3031212457D6D3977B24E542FD2BD9DB5EC49B47F6E305DED4DE803836F8D750 | 10-15-2022 18:16:42 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 44 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash: 5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 10-07-2022 23:32:00 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 45 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10-07-2022 23:31:42 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 46 | Info Hash: ED7876C01554DC0240AEC5A97EC30C00050D406F<br>File Hash: 4516D9BAA03BE3C57E19ACC0A54C047E0FB91F2E2D968B4F274661933EEEB154 | 10-01-2022 19:56:21 | Blacked Raw | 05-24-2021 | 06-24-2021 | PA0002303153 |
| 47 | Info Hash: A85C8E7E5CE05A1A83C1093D904A130A243A5768<br>File Hash: 40203600894AAF1E4448B5DCF91B9DA392C87406321EA5FA63C3AF5E2836CC5C | 10-01-2022 19:55:38 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 02B4F8C61194285E5B9B3AE3EF214BE78C41F271<br>File Hash: CED49D312F703F0E082E164ACB1A596D9ABE26A2F8876E5BD06818F49F119126 | 09-20-2022 23:51:07 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 49 | Info Hash: 88DEE49E165E812CD294E8008E656412E3CE4605<br>File Hash: 010047D1F2C49A234E525CB4CA67E2A3B80915F8B3108E274CF6C7160FC6339B | 09-15-2022 23:56:55 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 50 | Info Hash: 42C52C418593792BC51AA3FA25382B3DAF6A53E4<br>File Hash: D23B08640253FEA80830649F24C6384FC7178C86E16C875E32B0ECB7DB975DDC | 09-10-2022 21:36:54 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 51 | Info Hash: 99DD8371AB961C2C99F5981EE6A95E45BF0BE7F3<br>File Hash: 22F53AF3873F6476CA9F07344CC0EDA11D7CAB166CBA5A8C15D465287CD8C9AB | 08-30-2022 22:11:12 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 52 | Info Hash: B6AB371E8975D0F0E93BB0B6CFB1A51B09F639FE<br>File Hash: 55CCFCCB97FF68646EE1B96022FDDE6D1CD6078D4780DD2C59D67E96D0BCD47B | 08-09-2022 21:46:01 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 53 | Info Hash: B2BD02F85748E9B929C507FF7927035B3DB7D9C3<br>File Hash: F5512656E2B6581C621ECB4540F947AD22C4D7282DEBB316F0E72005F6943ADC | 07-31-2022 22:10:38 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 54 | Info Hash: EAE792E7063378C4FF1EBB88FD015418B92E58A1<br>File Hash: A5DB0C8A1538FF800291A6C9F6B4EE3C8F909FBB7ED33E5A06F59DD5DDA997FF | 07-25-2022 23:00:00 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 55 | Info Hash: 2BB4DE100E1DDF7FFE5BE2500B198AB1C05C4ABD<br>File Hash: D7272DA2ADA5A997BC32600CC8591017B80D88E6E0AF28D5D374A5551F89C3D5 | 07-23-2022 23:17:06 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 56 | Info Hash: CAA1DD05BF6575C8B47341C4E15A88FD3F0FF0DA<br>File Hash: EC51CE82B5229B431FB52886F86419C2CCE3EA3B3F6E44E614350E34C6B0A2A0 | 07-15-2022 21:31:54 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 57 | Info Hash: EC722520AEA2DE3B6D129123F8BAA99DFF182CCB<br>File Hash: C72C9FA6D4F658FDB70C2450F9AAE824F517F39FA9717E5D5F087DB8709A31E0 | 07-09-2022 23:48:33 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 58 | Info Hash: F1CDCEE7B24975CC39DB5199D619DFFD3EAB1D44<br>File Hash: 8018F3C62BF5FC835586F517F498520A6468BE88BAD00CED9DDA3375AC83E078 | 07-04-2022 20:15:43 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 59 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash: B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 06-24-2022 21:57:07 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 4CB02C24ADB67B79CD91DC3DF8597864A023F35D<br>File Hash: 086EF829F4F3DA1A06C21F4CC9D530EDBF094DD4A323F12FEED72D9104139F49 | 06-23-2022 23:27:06 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 61 | Info Hash: 7D12856F6E576754432F12B2401493445FA5FFF6<br>File Hash: BA68245BDAFE3FA7C16DC3E400AF06ED57BF0870FAB611D0C07233885BF86502 | 06-23-2022 23:24:23 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 62 | Info Hash: 832675DAB93182B2C5E5DA5110D4E3E0660CD182<br>File Hash: 50A6B55F462056F39EB6959B255BD4E4EC371FF03BE75FBB0B5AD8BDA9585848 | 06-18-2022 22:00:28 | Vixen | 10-16-2018 | 10-28-2018 | PA0002130458 |
| 63 | Info Hash: 83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash: EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 06-18-2022 21:47:08 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 64 | Info Hash: ECB2BCD2B57FC232E0C6327EB9A5EEF58FC720F8<br>File Hash: ACEB875F87F96F4F6779B11CD5A2EC52720944B751C5FC8EB367DF71CA6112E9 | 06-18-2022 21:09:32 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 65 | Info Hash: 26027D4BBA9366856012B8C062375891C7926188<br>File Hash: 518F49722D012458CA767399DC4F77F113BD0897F82DBFAE6ECE845BCC7BD399 | 06-10-2022 21:21:58 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |
| 66 | Info Hash: 05926D256929D4E3557BF7DBE26A5DF0140DA580<br>File Hash: 12DB0B0E6F2AD6D47AF4BDC53CA5F62CAC99D03FF937B0796B3E6CF21057785D | 06-10-2022 21:17:12 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 67 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash: 9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 06-08-2022 23:49:10 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 68 | Info Hash: D2800C63D5D59EA36749885A2DC3571BD08E27E5<br>File Hash: 3551F03F8385F63900B67FFAC1062B41893CB0AF51D018CCFD89F9A1082ADA28 | 05-30-2022 20:39:33 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 69 | Info Hash: F614A0074F4A9979EDC019007D9EB4431614A823<br>File Hash: 74D8E977CE6CA3B41D531FD0CE700F348A42CC6555B826D6BC2D7A64A5D7B5EC | 05-06-2022 23:30:58 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 70 | Info Hash: 4186570DA8894B1B615D133255B42F5084327F9F<br>File Hash: 55FDB36C8248586A05547BDE9FCF602F4CFC22739AD7BE05EE812A29A87951EF | 05-01-2022 21:21:11 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 71 | Info Hash: 4385716738905091B2480145C572DF29B356FE24<br>File Hash: 1B3510E9C9263FC3E6271FAFD7C676B60822290641482A9A57D8E857CDEC0452 | 04-30-2022 20:02:59 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 14C05DD49CADBA8851E1E30C645E9C5B4DDE3F90<br>File Hash: 7BA85222B0DC256CD081071B2B77A6309B1DBD7D354CD544211B6C2E19F47D9E | 04-28-2022 22:53:03 | Vixen | 02-28-2019 | 03-31-2019 | PA0002163973 |
| 73 | Info Hash: 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57<br>File Hash: 08AD74E95AD3720928E97453FC2F04E16A2221467A2120B727DEE1BA6BF28384 | 04-24-2022 21:29:04 | Blacked | 12-26-2018 | 02-02-2019 | PA0002155307 |
| 74 | Info Hash: 07E67BE388D71A80E890C9AED73D6B93FBB7EC82<br>File Hash: 3CC6461BB4E2CED5A2BAF587DE350F4FFD65C241D6797C506E7A673D2A35069D | 04-24-2022 21:28:22 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 75 | Info Hash: 15703C64531B7F3820339C06473B13AB5FC50979<br>File Hash: D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 04-24-2022 21:22:46 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 76 | Info Hash: DEB30DA176110810CF2483DE8708B1FA1260A274<br>File Hash: B9FC7342BB9868DC100E68A644E269309F993763A86136C2D6FE74E270D4C477 | 04-09-2022 21:37:28 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 77 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash: B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 04-02-2022 19:50:55 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 78 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 03-25-2022 22:50:44 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 79 | Info Hash: 69ECE7BD6C605D63E9EBEEFD35082CF1627E2932<br>File Hash: A3628C7AE4DA0E79C6D35487C4FF335DB1B04C0081C7DD4AC946B16F94EBBD1B | 03-23-2022 22:46:00 | Vixen | 03-18-2022 | 04-21-2022 | PA0002353056 |
| 80 | Info Hash: 64C8E2F74916DFE85348D368C923CCC154C0DCF7<br>File Hash: 1E3C846AE396BD1A9EF16B9D40AECA859B951DF8DD8B964C7D2D0B73695A1564 | 03-12-2022 21:25:36 | Vixen | 03-11-2022 | 04-21-2022 | PA0002353783 |
| 81 | Info Hash: B66E4DF4C377B571965639AC18CB070AB84F7B03<br>File Hash: C571F130ADC19F25E4AFEC3C79A2AE5543F6161FC96088BC75F7507D9F71A289 | 02-19-2022 22:27:09 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |
| 82 | Info Hash: CCB036966D15109AEF226C917EB117567355E4D4<br>File Hash: 3546FEAD7F9F6CCC421ECD4E80B0D58FDD60807BC4596D879F7750C3CC2693F6 | 02-06-2022 22:29:21 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 83 | Info Hash: A7C1838151CED8914AD1DAD53EA9F28EE6A4E4E9<br>File Hash: 40B53EF79F3F6B47FAE9B0FB0E4718A78AC72A7C2E65F283B71FD052B46C028A | 02-01-2022 00:18:10 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 5DD8FE251E55C661D34B4BB7AA78AB5C0175FB82<br>File Hash:<br>08EBD9746DB8A30A4CE5944E6644C6E2C778D36537203B1A1DD97685831963A0 | 01-09-2022 23:15:38 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 85 | Info Hash: A2B5718BB1CAA00D0D665075430789678C3137E5<br>File Hash:<br>C4491F8620011D39D4264B032B31E1E5B138812B6DFB79F78022EDB6FBDB50F9 | 01-06-2022 06:39:36 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 86 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash:<br>CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 12-30-2021 00:36:05 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 87 | Info Hash: 0C6C0C31980EB1B7FC0BD5D3BE2436167D73819D<br>File Hash:<br>F6D29449BE73E94125DD3E552A3091094642E5D41C9F7475AB8C868D0DC4C7C7 | 12-23-2021 00:26:20 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 88 | Info Hash: 3E9768CECEFE74C19E577A5392B5CC85ADE4138E<br>File Hash:<br>7B7688102D59385E4185DD3D2FBCCE65B6CFE5A001B4E33A7FF83B20D84F5978 | 12-21-2021 00:50:23 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 89 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash:<br>201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 11-24-2021 22:18:34 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 90 | Info Hash: 42AE2105490978802CCCA1E58E3F98374AD6D75B<br>File Hash:<br>2895C8A5CEA1F7B3E825FCE56821786A7E5A99DC75F1C87A3913ADE9EBE220A0 | 11-17-2021 20:14:36 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 91 | Info Hash: C41D8A4F60E66268ABFE9B72F50AB782BA5E2F45<br>File Hash:<br>DD74DC97C9C793114B0009B5BCD404F19853E9D772BFA94055EBF2D37B2F3DE5 | 11-15-2021 20:32:12 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 92 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash:<br>59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 10-24-2021 21:00:15 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 93 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash:<br>361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 10-15-2021 22:29:44 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 94 | Info Hash: 6C5F19A71ECCA0A465857AB73C180A5A676F3606<br>File Hash:<br>059EC8D696D691383580FC7C82ABBAC3CC0679DAF75C978A0E4D5644A675D819 | 09-29-2021 21:57:04 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 95 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash:<br>785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 09-25-2021 21:29:15 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 815221A9038E449E44DF773A5E20B0787600FE48<br>File Hash: 12D5DC22D527E069A7F081060B804D0E5B7858303156C691C1BDFBC107D9DC83 | 09-18-2021 21:24:06 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 97 | Info Hash: FEBC3D3ADC2BD4AA9E0EE1AAD1491BD4B0CB1AE3<br>File Hash: 2192139EC42B8CC24E6CF8507C7BEAB8D50B27875F9848FF48E68905937C51A2 | 09-08-2021 21:33:26 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 98 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash: 673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 09-08-2021 21:30:13 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 99 | Info Hash: F84DCE97DEB71401BE49198E7C5E446530B70B41<br>File Hash: 848BF44DF42E6DA689001798B82FD17D51F221553930DA06ED1BADBC66BDA6F1 | 09-06-2021 21:33:32 | Vixen | 04-19-2019 | 05-28-2019 | PA0002200778 |
| 100 | Info Hash: 41A572496B878FFAE77C7A757CBAE1ED0EB9D57E<br>File Hash: FF125D9A09EA9469F302C188E821F889073D4286F770D8D1FA88C6E3E13AC817 | 09-04-2021 22:26:14 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 101 | Info Hash: A415A6857FC17645C0DD4F459251809AE42AF562<br>File Hash: BCB5233B1D65A9B1514D1C32F7A765BBEFEE0FAB7DA467BC9573F47FE7EC1955 | 09-04-2021 22:24:41 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 102 | Info Hash: 5AF8BDB7BB936BEB5C251399D8B1C5BC9E64235C<br>File Hash: F307B51605F9F545AA17537F8AA95577C275804D38C1A037578DCCAA567EB268 | 08-23-2021 22:58:25 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 103 | Info Hash: C7B9E04D1B4A48BA8521CD2A63D8E0C433228F5B<br>File Hash: 944EE729ECA9231D5A144C73793D40EB4EAB660D3FC94D1A4207EDA1EFF90E16 | 08-20-2021 23:00:26 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 104 | Info Hash: 08A86B846C7628DDD8EA2B93D90A0EDE2805C010<br>File Hash: E6E798945A23CEB8957A42569C60FD1617F141EA7E85B11FE447F6D9D7DF8D8C | 08-20-2021 22:14:16 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 105 | Info Hash: 9A8D0DF2EDFD199D52065950FFB980EAE528B554<br>File Hash: 39E7A5BB99890B1DC8CE6430C1D42239CE19EFD153FF680F973B578FF36E6E21 | 08-20-2021 00:02:12 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 106 | Info Hash: 32EAB20A9B2E50DC4BF56C17FE55379EAC2D35A4<br>File Hash: 332F47B8AE1F4C7DDDC90D81EDD3A996200C8249BC701F239B99D44E85F89892 | 08-14-2021 22:40:28 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 107 | Info Hash: E446942F4BBFBF5F2C32AAE0B632138FF5C915CD<br>File Hash: FF9585E7DB4E2C84A63A87F7A0DF0F396AA60CFF08DE4BB115A977B9C0D5CA5E | 08-06-2021 21:52:47 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 07-19-2021 23:24:44 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 109 | Info Hash: 78C873501492EA619643DAB5B1D72441BE7DD47E<br>File Hash: 1E7AB500DC527AC7285E0A175234CE7AEC371738FE5B197672CBB98603C79134 | 07-19-2021 23:22:10 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 110 | Info Hash: 095F042567422449F7D8DF1F42C86AADF4849881<br>File Hash: 73A09E29C382A49CE03E47A0CDB3930655BE50786D249AB83FC020E2A09CB509 | 07-17-2021 22:09:24 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 111 | Info Hash: C9C42C08E1280A6B9E274FE4534A769ACB2B96DD<br>File Hash: 681DD5C4B0494BFC1CF4B0AE132F0B1361284BBF488A8D49A7029401CD55105E | 07-17-2021 22:08:09 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 112 | Info Hash: AF96EE573EB75078F49ABE87BB1FE91A3F15C177<br>File Hash: 68ED6A95AB2DCBC2551585DA2E428A2B9A052774D64B8426A22A6FFA825629F1 | 07-17-2021 00:22:07 | Blacked | 06-09-2018 | 07-14-2018 | PA0002130453 |
| 113 | Info Hash: 7C0532F2B77A12F36AF10091D6D41B1ECE334A54<br>File Hash: E8A6D2271366D4F6D1C8D94B700175AE3A2915F891D3C20A077FD4E08C9848A7 | 07-17-2021 00:20:01 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 114 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash: 4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 07-13-2021 23:46:25 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 115 | Info Hash: 41FB2CBF966E46F22A25FD76BDD410A8471049EC<br>File Hash: DD4417468B662B9827290D264D5B54C111AC890547FBCB6ABBD60102A932603B | 07-13-2021 23:43:39 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 116 | Info Hash: 222B16167DB2F3D7C4B1FD0126FF4CD690CCC949<br>File Hash: 5E4C939E1A6376733ED50A1750625A65FA8E08E2119898F459DEE9AD88D0C498 | 07-09-2021 23:32:55 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 117 | Info Hash: 56AA379C5CB38388B9AA1F1B047C28809BD6E124<br>File Hash: 5F30DC3B16A66A31D4B031B781C69C4D5D9F1AFD0674164DD4ED5F10B7428EFB | 07-05-2021 23:18:58 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 118 | Info Hash: 66E841DDD72A50FF74298079B63B8046D69081CA<br>File Hash: 64783253670BAC42DF82F0CC9608EDB50306F7A4E72DE0A5C15320491B71A48A | 07-03-2021 21:32:47 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 119 | Info Hash: 4C4D277A40036C190CCFDDDF8B76E243D25F6D37<br>File Hash: 4EB9FCBEBC376A05C29B4F19D8073EB83169AC9893DBF6B4C8555D270A41F5F8 | 07-02-2021 23:02:52 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: A13372D383B6487823771167C3024FF64D0BAF6F<br>File Hash: 966A72033B80F407CEC791BCFC86062A5AE505676C5DD0017BDB610154691AE2 | 07-02-2021 22:55:07 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 121 | Info Hash: 294DDCEBFD93AA7E18B5CCC90F48DC52718D1B79<br>File Hash: FD6A9D3183365AC95017C622CEEDE7C51872C6FDA57F35D63F6C2ECC7254D62C | 06-07-2021 22:20:00 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 122 | Info Hash: 42ECAAEDF5FAE1D20495A16EE7297D12DE2F4692<br>File Hash: 2119CF5CC787DA3DCDBFB77F08C539EC3AAA2D732B0F6855457713266E2F89B9 | 05-28-2021 21:23:05 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 123 | Info Hash: 53DFAD25E14FFB1D5151685A90C174CE24B1BF05<br>File Hash: 641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 04-29-2021 23:00:05 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 124 | Info Hash: 8FA3CA33BA6C045B4C5C47B69541A86376772F6C<br>File Hash: 871FEC79ED5A2B2D246C3346AD3C02BBD95C1E28D1A81DF416B735D553F314ED | 04-29-2021 22:59:50 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 125 | Info Hash: 13835534F0E25A22BB5EFAE20476304004ED076A<br>File Hash: 07E7FB0504FBC0F7C2118D41CED7932CF011BE56D58763473B398AEC78EFC1E3 | 04-27-2021 21:20:45 | Blacked Raw | 04-26-2021 | 06-09-2021 | PA0002295596 |
| 126 | Info Hash: 4E09CCA0246A2BF6989481994B04C0BC7C6B8180<br>File Hash: B3E7D4C69B1947521E58A91246227A44788A1F197CE0E0769394DEEE8A56BB4D | 04-23-2021 21:59:18 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 127 | Info Hash: 36236DF80E3789C32873A3E74D3DCB69631784C2<br>File Hash: 708063990182E56298A47B688B4698CA2EE25DB127EAC494D09B1B5008E0E7AC | 04-13-2021 21:23:34 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 128 | Info Hash: 7AA7C3174036AFF009D853809B34A80AD514712B<br>File Hash: 4D5EA0D5B01CACCEBF166A44D4A257DF51402865F074343A7356E1160C37E125 | 04-11-2021 00:13:22 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 129 | Info Hash: 85344A77FB842CB12AF93095D2CFE8437711AD25<br>File Hash: 84504120CCEADDFC8D7F9463D3630C5C87AA89A54764F445A87BD11370DB453A | 04-11-2021 00:09:44 | Blacked Raw | 09-14-2019 | 10-01-2019 | PA0002217360 |
| 130 | Info Hash: CAD2388E786E437EEE834DDA1CD00334D0493455<br>File Hash: 07773246F915A5C952F61A22B1C3EDE55CDD96DEAE60F15D77DD45666429EE3A | 04-06-2021 22:21:52 | Blacked Raw | 04-05-2021 | 04-14-2021 | PA0002286708 |
| 131 | Info Hash: 94C7E424537F323DF8E3FA11853998B494DD1D74<br>File Hash: 0D1618E59F57EA89794E680081B697AB32245AB3DCC29C4AE444709687937339 | 03-26-2021 22:47:33 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 03-26-2021 22:45:13 | Blacked | 06-14-2019 | 07-17-2019 | PA0002188312 |
| 133 | Info Hash: A336696E808574CA1ECCACA1E080D6993CE3E408<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 03-15-2021 20:59:48 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 134 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash: 586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 03-10-2021 22:50:07 | Blacked Raw | 07-01-2018 | 07-26-2018 | PA0002112161 |
| 135 | Info Hash: AB680670C2B3056DD3F1F0F46DCBC9F41F6495E4<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 02-27-2021 23:42:44 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 136 | Info Hash: 1AF3F8C5CD2D418A21F8183C66EF882B8DC279C4<br>File Hash: 63AC85A02517EDFFEAE01159074C030E540BBA373AFA5B1848D9791D97044858 | 02-15-2021 23:23:51 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 137 | Info Hash: 4762B207E12798B5BA2DDD00B902201C9FD4EA23<br>File Hash: A0077A2CCDB176BC6A42D6A5511A8948BCA5D56EE3E1A5D3707EF868FEAAC87B | 02-08-2021 21:57:10 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 138 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash: 829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 02-06-2021 23:12:19 | Vixen | 03-25-2019 | 04-16-2019 | PA0002187577 |
| 139 | Info Hash: 6D1A75568F5FD969F309E9D3B4962D54EE537DBE<br>File Hash: 8819078D096F48944410216299128FB551BC6F20DB984F5D6559FD8D3553BAB9 | 02-01-2021 22:48:07 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 140 | Info Hash: E0805C7C54BD9B9777F151B670B78A4D50290951<br>File Hash: 2451AEF8181351CC573FE3F94B27891F2B4BA32C456BEB3E0B757E37AF34F1FE | 01-30-2021 22:46:41 | Blacked | 05-10-2018 | 05-24-2018 | PA0002101376 |
| 141 | Info Hash: F9429ECA40C5CA6741921EE3490A63C1DCB92CED<br>File Hash: F6495E1085B69EAF1AB4D54066963D3B64639435D63BDAD59D02AD76F1AACBFF | 01-29-2021 23:03:16 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |
| 142 | Info Hash: 23F3281238E8C2B9F46A06DE03A1DD56C2FE4183<br>File Hash: F183EF0FD677D5E3B3A74E652AA19DA5A9D35A6F741282153C37E44C88A3A62C | 01-25-2021 23:06:05 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 143 | Info Hash: 59154555AF2E443B03E387EDD0E34F1BAF703A45<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01-16-2021 22:00:26 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: AC9A5EE29CBCB4F6D3A3B62BDCA7AFD84BCE5EB0<br>File Hash: 443494229C1D0F6C2875311264A7375F811AD1566D902ADF049736CB85269E5C | 01-09-2021 23:29:53 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |
| 145 | Info Hash: 2862FA0426C54DF5E65C7A671C2FAC7887418C6F<br>File Hash: 33323486571753E5D76822CDCC102A957F57DE62E5AF27D8C951EB06958D0989 | 01-09-2021 23:09:03 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 146 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 01-05-2021 22:34:54 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 147 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 01-02-2021 22:23:19 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 148 | Info Hash: 0C5D1910B8D8E8639A61702E02291E16CB7A5596<br>File Hash: 520A918186BBA676A432F81A738D99DB763F86BE62B6E75F569B500176D9649B | 01-01-2021 22:59:51 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 149 | Info Hash: DB497BED967866328C462CD1A231FA28CB64FD11<br>File Hash: FC1D827EB4C7B83CB646EB678BEE163F7DE809FF2F1AD43E7C3D7CADF1AF71BF | 12-30-2020 22:59:47 | Blacked Raw | 01-17-2020 | 02-20-2020 | PA0002229055 |
| 150 | Info Hash: 3C0443FF390767BA5B427401087ADB1B626BCE22<br>File Hash: E520AAE48CD901AFC55DC2F91A93F95D694D5474712E3610243878B86B759E13 | 12-25-2020 22:43:41 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 151 | Info Hash: C067DBC227DB94E5FB957E6FAE57B192B8561351<br>File Hash: 3E909592198DE6BF9D3DEB7AE4487C211B65DA13FC563501821AAED16352916D | 12-24-2020 22:27:47 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 152 | Info Hash: 39B258056BC2EB474C97D6716D53AC9549E5D86F<br>File Hash: F87F73D0A510E7794F351B7D5B4EBF593968288D9330CA29799B014AE72B954D | 12-11-2020 22:44:40 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |
| 153 | Info Hash: 6C446C346678513AA2E73F07FB90B7112EBE707F<br>File Hash: 249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 12-08-2020 23:05:57 | Blacked Raw | 08-15-2019 | 09-17-2019 | PA0002216211 |
| 154 | Info Hash: 0739ED4ED4585EA4AC5CD74CD4AE6287B6AE8D26<br>File Hash: A24B8FE396EF28AA27CAE4B6D3731651560F805C475FA7798C5D492E85381998 | 12-08-2020 22:50:54 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 155 | Info Hash: 3C6CA0228C60DF78A52D451F9A8442A65716CDD8<br>File Hash: D3533BA7EEA97C9B2BB1F7CAAC9FF8DB1D9D75B3941F4FE5A0AF5D763E0E7E42 | 12-07-2020 21:27:51 | Vixen | 02-23-2020 | 04-17-2020 | PA0002246164 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 156 | Info Hash: D2096C0FD519A3A1A62D449C8DE6710A88AC4F6A<br>File Hash:<br>8C1684AAD5A48537BD5405E9C5E5341445AC8934C48F243415E1DE4FADF681DC | 12-04-2020 22:31:52 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |
| 157 | Info Hash: A89525172FC31E96791A5091366B3B562DA0B84A<br>File Hash:<br>0CDA5CCDAFE5575B8E276087327E1AFEC6F0B082EA403AAB311A31CE1FC576B2 | 12-01-2020 23:47:07 | Blacked Raw | 08-15-2018 | 09-01-2018 | PA0002119585 |
| 158 | Info Hash: FD63F631AEAE1834A387A44E1A97894E6ABCECA3<br>File Hash:<br>E71E29CB4D7FACDFEBA6D0210208469A5A9181A110CD708E19DBEE039F165DE4 | 11-28-2020 22:29:21 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 159 | Info Hash: A557EDF2332885E53217D1CE69239C6C4FDCEBD1<br>File Hash:<br>F1E32500A72F35C3B6DD36A803E3780F218A66F4FE5EE1469AC079BD3BF81BAA | 11-26-2020 21:19:10 | Vixen | 06-28-2018 | 07-26-2018 | PA0002112159 |
| 160 | Info Hash: E5DF37D5C860370BE63F9ADF29F983225E29522C<br>File Hash:<br>B23E448A9D88494517CE0A2C159F8BE98332800187C6823A8F0866D1C83E5CC9 | 11-18-2020 21:15:05 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 161 | Info Hash: 728FEEBA350EC584BC7E9E2759A64F759E9B7855<br>File Hash:<br>AD5470EFA8A5C85886C8855DB48558326273F73168397DFFC88EE5E6B5BB1A2A | 11-07-2020 20:59:42 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 162 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash:<br>EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 11-05-2020 22:54:01 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 163 | Info Hash: 6A4A7937572D1D8D65B81C0775317C58E194A40D<br>File Hash:<br>A0B508E285436666E7A78C3375EC18F89DAAB2BCCFAA69EEA4BA215E7EE95B0E | 10-23-2020 21:34:04 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 164 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash:<br>E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 10-20-2020 22:09:34 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 165 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65<br>File Hash:<br>985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 10-16-2020 22:46:07 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 166 | Info Hash: B46EFD7FB91E59A052BD9E14866C313594A0388A<br>File Hash:<br>4CD25AE8824289ABEC45E501B126EAFA7E1E6D4A1B202D44A2DCA7F9F7DFBE99 | 10-09-2020 22:28:56 | Vixen | 10-09-2020 | 11-18-2020 | PA0002272626 |
| 167 | Info Hash: 9352D370D33CC9FA273FC8B6E660F317B53AB89A<br>File Hash:<br>444AA5F2B3ECAFCD7594C9F15005CAF6298621D86EE925C3421E1B54DD68A919 | 10-06-2020 23:47:21 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 168 | Info Hash: 9B1784E58EFCDDFB8626D3B44107F882F6C8EEE8<br>File Hash: 03F71829965E952DFD74182F8C63248DD6A5EFBE4E9DA65B9C171C1880F746E9 | 09-18-2020 23:15:04 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 169 | Info Hash: 4D128566D34AA1EC74C662CC23A00DBFD03A56E5<br>File Hash: DD310F56DE594622150223897919F94B177A071C38203F879C910627A7F18DC9 | 09-11-2020 22:38:37 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |
| 170 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 09-06-2020 21:55:58 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 171 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09-02-2020 22:07:27 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 172 | Info Hash: E95EDB9E89FA66693DF2D338AD2835F32848A29D<br>File Hash: 2530C55C2AEB520D4BC962AB3DF48E3D54D083A34B4894CEA98D40FA036D022C | 08-28-2020 20:51:16 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |
| 173 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 08-15-2020 18:40:14 | Blacked | 05-10-2019 | 07-05-2019 | PA0002206368 |
| 174 | Info Hash: C8EA4C81D0BA9146B21C99E49FA2B67803572522<br>File Hash: 2DE5971985FC32A984C05282A04F1E1B8836147FF59C47D553CCC202657C6ABC | 08-05-2020 22:38:05 | Blacked Raw | 08-03-2020 | 08-31-2020 | PA0002265631 |
| 175 | Info Hash: 534829E69CA0254AC48F6682388CA522758E6211<br>File Hash: FD47641A1DCEC72C10CA472863F4106030EFCEF7069019B10863086B3C354F56 | 07-23-2020 00:38:05 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 176 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 07-10-2020 22:59:11 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 177 | Info Hash: 2BD87B87854DE572ED0CDC04ED5FC0CA1ACFA7C7<br>File Hash: DCBAEB6DF1C9019706EF7E13F2BFA75BEB6A0A99ADCBC0A4E19EAB63091544F5 | 06-21-2020 21:39:35 | Blacked | 06-20-2020 | 07-17-2020 | PA0002248594 |